**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHIERRE JONES,
ADC #120477                                                                                              PLAINTIFF

v.                                      5:13CV00104-SWW-JTK

RAY HOBBS, et al.                                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.  The relief sought is denied.

The Court certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action will not be taken in good faith.  28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 6th day of June, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE